```
1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone: (559) 497-6132
4
   Attorney for Defendant,
5  MANUEL SALVADOR FERNANDEZ-MUNGUIA
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1: 06-CR-00158 AWI-DLB |
| ) Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. ) | AND ORDER THEREON |
| MANUEL SALVADOR FERNANDEZ- ) MIUNGUIA, ) | Date: November 13, 2012 Time: 1:00 p.m. |
| ) Defendant. ) | Courtroom Three |
| ) | HONORABLE DENNIS L. BECK |

The defendant, MANUEL SALVADOR FERNANDEZ-MUNGUIA, through his counsel, John F. Garland, and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, hereby stipulate to continue the defendant's status conference from October 22, 2012 to **November 13, 2012** at **1:00 p.m.** before United States Magistrate Judge Dennis L. Beck. This continuance is necessary to allow the parties additional time to explore resolution of this case without a trial.

The parties further stipulate that time is to be excluded under the Speedy Trial Act in that good cause exists and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

Dated: October 9, 2012                              /s/ John F. Garland
                                                    JOHN F. GARLAND
                                                    Attorney for Defendant
                                                    Manuel Salvador Fernendez-Munguia

1

Dated: October 9, 2012

Benjamin B. Wagner
United States Attorney

    /s/ Kathleen A. Servatius
By: KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that the status conference for defendant MANUEL SALVADOR FERNANDEZ-MUNGUIA is continued to November 13, 2012 at 1:00 p.m. and that time is excluded from October 22, 2012 to November 13, 2012.

IT IS SO ORDERED.

Dated: **October 10, 2012**      **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE