1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00158 AWI |
|---|---|---|
| 12 | Plaintiff, | **ORDER ON GOVERNMENT'S MOTION TO DISMISS** |
| 13 | v. | **Fed. R. Crim. P. 48(a)** |
| 14 | MANUEL SALVADOR FERNANDEZ-MUNGUIA, aka Raul Rincon | |
| 15 | | |
| 16 | Defendant. | |

17     IT IS HEREBY ORDERED that the charges as to Manuel Salvador Fernandez Munguia, aka

18  Raul Rincon, in the above-entitled case be dismissed without prejudice, in the interest of justice.

19     IT IS FURTHER ORDERED THAT defendant Manuel Salvador Fernandez Munguia shall be

20  returned to the custody of the Bureau of Prisons.

21

22  IT IS SO ORDERED.

23  Dated:  November 16, 2012         _____
24                                    UNITED STATES DISTRICT JUDGE

25

26

27

28

Motion to Dismiss, FRCrimP 48(a)            1